1  Richard A. Lazenby (State Bar No. 202105)
   Email: rlazenby@victorrane.com
2  Michael Cutler (State Bar No. 298875)
   Email: mcutler@victorrane.com
3  Doug Griffith (State Bar No. 185333)
   Email: dgriffith@victorrane.com
4  VICTOR RANE
   9350 Wilshire Blvd., Suite 308
5  Beverly Hills, California 90212
   Telephone: (310) 388-4849
6  Facsimile: (310) 388-4869

7  Attorneys for Defendant
   HAWAIIAN AIRLINES, INC.
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 JEFFREY ROSENBLOOM; and JESSE      ) Case No.: 3:21-cv-02411-SBA
   ROSENBLOOM,                         )
12                                     )
                                       ) **NOTICE OF SETTLEMENT AND**
13              Plaintiffs,            ) **REQUEST TO VACATE ALL**
                                       ) **CURRENTLY SET DATES**;
14       vs.                           ) **ORDER**
                                       )
15 HAWAIIAN AIRLINES, INC., RAYTHEON   )
   TECHNOLOGIES CORPORATION, IAE       )
16 INTERNATIONAL AERO ENGINES AG, and  )
   DOES 3 to 50                        )
17                                     )
                Defendants.            )
18                                     )

19       TO THIS HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS

20 OF RECORD:  PLEASE TAKE NOTICE that Plaintiffs Jeffrey Rosenbloom and Jesse

21 Rosenbloom ("Plaintiffs") have reached a provisional settlement with all the Defendants

22 (collectively, the "Parties") in the above-captioned case.  The Parties would like to avoid any

23 additional expense while they focus efforts on finalizing the settlement, and request the Court to

24 vacate all currently set dates with the expectation that the settlement will be consummated within

25 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all

26 parties to be filed.

27 / /

28 / /

| | |
|---|---|
| Dated: January 6, 2022 | Respectfully submitted,<br><br>By: ___/s/ M Cutler_____<br>Richard A. Lazenby<br>Michael Cutler<br>Doug Griffith<br>VICTOR RANE<br>Attorneys for Defendant<br>HAWAIIAN AIRLINES, INC. |

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

NOTICE OF SETTLEMENT AND REQUEST TO VACATE
ALL CURRENTLY SET DATES
CASE NO.: 3:21-CV-02411-SBA

- 2 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ROSENBLOOM; and JESSE ROSENBLOOM,<br><br>            Plaintiffs,<br><br>    vs.<br><br>HAWAIIAN AIRLINES, INC., RAYTHEON TECHNOLOGIES CORPORATION, IAE INTERNATIONAL AERO ENGINES AG, and DOES 1 to 50,<br><br>            Defendants. | Case No.: 3:21-cv-02411-SBA<br><br>[PROPOSED] ORDER |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: January 11, 2022

_Saundra B. Armstrong_ RS

RICHARD SEEBORG FOR SAUNDRA B. ARMSTRONG
United States District Judge